UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

NONG YU, XIAHUA HE,

                                Plaintiffs,

              v.

TODD BLANCHE, Attorney General of the United
States of America; MARKWAYNE MULLIN,
Secretary of the Department of Homeland Security;
TIMOTHY HOUGHTON, New York District
Director, U.S. Dept. of Homeland Security ("DHS");
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES ("USCIS"),

                                Defendants.

-------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
26-cv-3286

(Garaufis, J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.


Dated: Albertson, New York
       July 5, 2026

                              LAW OFFICES OF WEI GU, ESQ. P.C.
                              *Attorneys for Plaintiffs*
                              55 Amherst Road
                              Albertson, New York 11507

              By:    /s/ Wei Gu
                      Wei Gu, Esq.
                      (718) 600-6886
                      weigulaw@gmail.com

Dated: Brooklyn, New York
July 6, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By:   */s/ Kimberly Francis*
Kimberly Francis
Assistant U.S. Attorney
(718) 254-6147
kimberly.francis@usdoj.gov

**So Ordered.**

s/Nicholas G. Garaufis, USDJ
**Hon. Nicholas G. Garaufis**
**Date:** 7/7/26